UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PAULINO AND MILEDY PAULINO PERALTA<br><br>    Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON N.A., F/K/A THE OF BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-11<br><br>    Defendant. | CIVIL ACTION NO. 4:22-cv-10261-MRG |

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COMES NOW, the undersigned, who respectfully files the instant Motion to withdraw his appearance as counsel of record for the Plaintiffs, Altagracia Paulino and Miledy Paulino Peralta, in the above-captioned matter.

As reasons therefore, the undersigned states that his involvement with this matter concluded as of April 05, 2024, (Doc. #36), upon this Court's final Judgment and Dismissal of the filed complaint in this matter. Subsequently, the Plaintiffs filed a pro se Notice of Appeal of this Court's decision to the U.S. Court of Appeals for The First Circuit (Doc. #37).

Subsequently, on November 04, 2024, the Plaintiffs' also filed a pro se Motion to Vacate, and subsequent related pleadings and oppositions related thereto, which continue to this day.

Undersigned is receiving notice from the Court that these pleadings are being filed by the pro se Plaintiffs, and wants to ensure that the record reflects that the Plaintiffs are acting pro se without any involvement of the undersigned.

Undersigned has reached out to Opposing counsel to discuss this situation, and to ensure compliance with L.R. 7.1 prior to filing the instant Motion.

Altagracia Paulino and Miledy Paulino Peralta

By: their Attorney

*/s/ Glenn F. Russell, Jr.*
Glenn F. Russell Jr., BBO #663568
38 Rock Street, #12
Fall River, MA 02720
Phone: 888-400-9318
Fax: 508-938-0244
E. russ45esq@gmail.com

Dated:   November 26, 2024

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Glenn F. Russell, Jr., attorney for the Plaintiffs, hereby certify that on November 26, 2024, I contacted Defendant's attorney by phone to confer and attempt in good faith to resolve and narrow the issues, Counsel stated that he had no Opposition to the instant filing.

/s/ Glenn F. Russell, Jr.
Glenn F. Russell, Jr.

## **CERTIFICATE OF SERVICE**

      I, Glenn F. Russell, Jr., hereby certify that on this 26th day of November 2024, I served a true and accurate copy of the foregoing document to the following the ECF/CM System, and/or by email, and/or by USPS, postage prepaid

Miledy Paulino Peralta
137 Greenwood Street
Worcester, MA 01607

Donald W. Seeley Jr.,
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109

                                            */s/ Glenn F. Russell, Jr.*
                                            Glenn F. Russell, Jr.